AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

Our Case Number: 25-MJ-6356-PMH

United States of America
v.
Rhashema Shackleford
8921 Laney Lane
Montgomery, AL 36117

Defendant

Case No. 2:25cr78-ECM-SMD

## AMENDED ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Rhashema Shackleford,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC § 1344(2) Bank Fraud (4 Counts)
18 USC § 1349 Conspiracy to Commit Mail and Bank Fraud (1 Count)

**COPY**
**ORIGINAL WARRANT ON FILE.**
**THIS COPY FOR INVESTIGATIVE PURPOSES ONLY.**

Date: 04/04/2025

_Deena Harris_
Issuing officer's signature

City and state: Montgomery, AL

Trey Granger, Clerk of the Court
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title




IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:25cr78-ECM-SMD |
| | ) | [18 U.S.C. § 1344; |
| RHASHEMA SHACKLEFORD, | ) | 18 U.S.C. §1349] |
| a/k/a " Rashema Shackleford" and "Lisa Dermus," | ) | |
| RAYVON BAZEMORE, | ) | |
| OTIS DANIELS, and | ) | |
| LAPORTIA WEBSTER. | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

At all times material to this Indictment:

1. Defendants RHASHEMA SHACKLEFORD, RAYVON BAZEMORE, OTIS DANIELS, and LAPORTIA WEBSTER were residents of Montgomery County, Alabama.

2. Indicted and unindicted co-conspirators stole mail including checks for the purpose of creating fraudulent checks. The fraudulently created checks were then deposited into various banks and financial institutions.

3. On various incidents within the dates alleged in this indictment, RHASHEMA SHACKLEFORD, RAYVON BAZEMORE, and LAPORTIA WEBSTER stole checks from the mail in the possession of the United States Postal Service. During that time period, RHASHEMA SHACKLEFORD and LAPORTIA WEBSTER recruited account holders to use their accounts to deposit fraudulent checks and withdraw fraudulently obtained funds.

4. OTIS DANIELS is the owner and operator of several businesses with bank accounts at Wells Fargo Bank. The businesses include Daniels Rentals, LLC and Just Right Auto Sales & Details, LLC.

## COUNTS 1-5
### (Bank Fraud)

5. All previous allegations are re-alleged and incorporated by reference herein, as though set forth in its entirety.

6. From on or about August 26, 2022, through on or about June 16, 2023, in Montgomery County, Alabama, within the Middle District of Alabama, and elsewhere, the defendants,

**RHASHEMA SHACKLEFORD,**
a/k/a "Rashema Shackleford" and "Lisa Dermus,"
and
**LAPORTIA WEBSTER,**

knowingly executed and attempted to execute a scheme and artifice to obtain, by means of materially false and fraudulent pretenses, representations, and promises, moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the financial institutions. The scheme and artifice to defraud is set forth below:

### MANNER AND MEANS

7. On or about August 26, 2022, a check numbered 177781 in an amount of $46,216.24 drawn on Wells Fargo Bank was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, LAPORTIA WEBSTER. The check was deposited into the Wells Fargo account of LAPORTIA WEBSTER whose account number ends in 3540.

8. On or about August 30, 2022, a check numbered 139875 in an amount of $29,615.25 drawn on Merchants & Marine Bank was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, LAPORTIA

WEBSTER. The check was deposited into the Trustmark account of LAPORTIA WEBSTER whose account number ends in 4464.

9. On or about December 29, 2022, a check numbered 103014116 in an amount of $60,000 drawn on Synovus Bank was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, OTIS DANIELS. The check was deposited into the Wells Fargo account of Just Right Auto Sales & Details, LLC whose account number ends in 8630.

10. On or about January 12, 2023, a check numbered 154994 in an amount of $72,778.33 drawn on Wells Fargo Bank was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, OTIS DANIELS. The check was deposited into the Wells Fargo account of Just Right Auto Sales & Details, LLC whose account number ends in 8630.

11. On or about February 6, 2023, a check numbered 79289 in an amount of $26,227.65 drawn on River Bank and Trust was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, OTIS DANIELS. The check was deposited into the Wells Fargo account of Just Right Auto Sales & Details, LLC whose account number ends in 8630.

12. On or about February 7, 2023, a check numbered 79263 in an amount of $105,362.18 drawn on River Bank and Trust was stolen from the United States Postal Service. The stolen check was used to create a fraudulent check to a different payee, OTIS DANIELS. RHASHEEMA SHACKLEFORD deposited the fraudulent check into the Wells Fargo account of Daniels Rentals, LLC whose account number ends in 8212.

13. Cashier's checks numbered 6564102365, 6564102366, and 6564102376 in the individual amounts of $20,000, $20,000, and $14,489 respectively were issued to RHASHEEMA SHACKLEFORD and LAPORTIA WEBSTER respectively from the Wells Fargo account of Just Right Auto Sales & Details, LLC whose account number ends in 8630 on January 10, 2023. Cashier's checks numbered 6564102375, 6564102374, and 6564102374 in the individual amounts of $24,000 were issued to RHASHEEMA SHACKLEFORD, H.H. and D.S. from the same account ending in 8630 on January 13, 2023. The payees cashed the cashier's checks upon their receipt.

14. On or about March 30, 2023, four checks drawn on Regions Bank were stolen from the United States Postal Service in Montgomery, Alabama. The stolen checks were used to create fraudulent checks. One of the fraudulent checks numbered 007226 in an amount of $12,480.29 was deposited on March 31, 2023, by RHASHEEMA SHACKLEFORD in Montgomery, Alabama into an account of J.W. at Regions Bank whose account number ends in 7568.

15. On or about June 16, 2023, RHASHEEMA SHACKLEFORD was in possession of multiple identification documents, including driver's licenses and social security cards, and records of over 80 identities, for the purpose of committing bank fraud.

## THE CHARGES

16. On or about the dates set forth below, for the purpose of executing and attempting to execute the scheme set forth above, the named defendant deposited fraudulent checks or obtained fraudulent funds by cashier's checks, with each incident continuing a separate count against the defendants named therein:

| Count | Date | Check Number | Defendant | Amount | Transaction |
|---|---|---|---|---|---|
| 1 | 1/10/23 | 6564102365<br>6564102366 | RHASHEEMA SHACKLEFORD | $20,000.00<br>$20,000.00 | Cashier's check<br>Cashier's check |
| 2 | 1/10/23 | 6564102376 | LAPORTIA WEBSTER | $14,480.00 | Cashier's check |

4

| 3 | 1/13/23 | 6564102375 | RHASHEEMA SHACKLEFORD | $24,000.00 | Cashier's check |
| 4 | 2/7/23 | 79263 | RHASHEEMA SHACKLEFORD | $105,362.18 | Deposit |
| 5 | 3/31/23 | 0072226 | RHASHEEMA SHACKLEFORD | $12,480.29 | Deposit |

All in violation of Title 18, United States Code, Section 1344(2).

## COUNT 6
(Conspiracy to Commit Mail and Bank Fraud)

17. All previous allegations are re-alleged and incorporated by reference herein, as though set forth in its entirety.

18. From on or about August 26, 2022, through on or about June 16, 2023, in Montgomery County, Alabama, within the Middle District of Alabama, and elsewhere, the defendants,

RHASHEMA SHACKLEFORD,
a/k/a "Rashema Shackleford" and "Lisa Dermus,"
RAYVON BAZEMORE,
OTIS DANIELS,
and
LAPORTIA WEBSTER

H.H., D.S., and others, knowingly and willfully conspired, confederated, and agreed with each other to commit the following offenses: mail fraud and bank fraud, in violation of Title 18, United States Code, Sections 1341 and 1344. The conspiracy is described as follows:

19. They devised and intended to devise a scheme and artifice to defraud another by means of false and fraudulent pretenses and for obtaining money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice and attempting to do so, took and embezzled any matter or thing contained in the United States mail, in violation of Title 18, United States Code, Section 1341.

5

20. They knowingly executed and attempted to execute a scheme or artifice to defraud a financial institution, in violation of Title 18, United States Code, Section 1344.

## MANNER AND MEANS

21. All previous allegations are re-alleged and incorporated by reference herein, as though set forth in its entirety.

22. This scheme occurred by the collaboration of numerous people, each filling different roles in the conspiracy. Postal employees and others stole checks, or the information contained on checks from the mail. Scheme organizers obtained these checks or the information and used it to create fake or counterfeit checks. Recruiters persuaded account holders to use their bank accounts to deposit counterfeit or stolen checks and withdraw funds. Account holders deposited the counterfeit checks into their accounts, retained part of the proceeds, and forwarded the remainder to organizers of the conspiracy.

23. It was part of the conspiracy that SHACKLEFORD, BAZEMORE, and WEBSTER stole mail, including checks, from the possession of the United States Postal Service.

24. WEBSTER provided vehicles for the theft of mail from the possession of the United States Postal Service.

25. BAZEMORE drove vehicles in the course of stealing mail from the possession of the United States Postal Service.

26. SHACKLEFORD used a stolen postal key to illegally access postal depositories to steal mail.

27. DANIELS knowingly provided multiple Wells Fargo bank accounts for the purpose of depositing fraudulent checks and converting said fraudulent deposits into United States

currency. Further, DANIELS provided a bank card and personal identification number(s) for said purpose.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE ALLEGATION

A. The allegations contained in Counts 1-6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2).

B. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1344 and 1349 set forth in Counts 1-6 of this Indictment, the defendants,

RHASHEMA SHACKLEFORD,
a/k/a "Rashema Shackleford" and "Lisa Dermus,"
RAYVON BAZEMORE,
OTIS DANIELS,
and
LAPORTIA WEBSTER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property, real or personal, which constitutes or is derived from proceeds obtained directly or indirectly, as a result of such violation. The property includes but is not limited to a forfeiture money judgment.

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided

7

without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 982(a)(2).

KEVIN P. DAVIDSON
ACTING UNITED STATES ATTORNEY

J. Patrick Lamb
Assistant United States Attorney

Russell T. Duraski
Assistant United States Attorney

ATTEST: A True Copy.
Certified to _____ 4/4/ , 20 25 .
Clerk, U.S. District Court,
Middle District of Alabama
BY Deena Harris
Deputy Clerk

8



ATTEST: A True Copy
on this ___ of ___, 20___
Clerk, U.S. District Court,
Middle District of Alabama

BY _____
Deputy Clerk